In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00305-CV

_____


IN RE GERALD B. WILSON


Original Proceeding
435th District Court of Montgomery County, Texas
Trial Cause No. 07-02-02127-CV


**MEMORANDUM OPINION**

Gerald B. Wilson filed a petition for a writ of mandamus compelling the District Clerk of Montgomery County, Texas, to forward Wilson's *pro se* application for a writ of habeas corpus to this Court. It appears that Wilson filed the application in a trial court civil case where he may have counsel of record.

Other than to protect the jurisdiction of the Court of Appeals, this Court's mandamus jurisdiction does not extend to a district clerk. *See* Tex. Gov't Code Ann. § 22.221 (West 2004). The mandamus petition suggests that this Court has

original habeas jurisdiction. *See generally id.* § 22.221(d).[1] Our jurisdiction is invoked by filing an original petition with the appellate court, not the district court. *See* Tex. R. App. P. 52.1. Relator has not shown that the District Clerk has a ministerial duty to forward his application to the Court of Appeals. *See id.*; *compare with* Tex. Code Crim. Proc. Ann. art. 11.07, § 3 (West 2015). Accordingly, the petition for writ of mandamus is denied.

      PETITION DENIED.

PER CURIAM

Submitted on August 26, 2015
Opinion Delivered August 27, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Relator has not provided this Court with a copy of his application for a writ of habeas corpus, and we do not decide here whether he might have a cognizable claim.